```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                      SOUTHERN DIVISION

 3

 4   CATINA PARKER, as Personal
     Representative of the Estate
 5   of Leonard Parker, Jr.,
     Deceased,
 6         Plaintiff,

 7
     VERSUS          CIVIL ACTION NO: 1:21-cv-00217-HSO-BWR
 8

 9   THE CITY OF GULFPORT, a
     municipal corporation; JASON
10   CUEVAS in his individual and
     official capacity; and JOHN
11   DOE OFFICERS #1 - 5 in their
     official and individual
12   capacities,
           Defendants.
13

14

15

16        VIDEOTAPED DEPOSITION OF JASON CUEVAS

17

18       Taken at the offices of Copeland, Cook,
         Taylor & Bush, P.A., 200 East Beach
19       Boulevard, Building 5, Gulfport,
         Mississippi, on Wednesday, June 14,
20       2023, beginning at 9:16 a.m.

21

22

23

24
     REPORTED BY:  F. DUSTY BURDINE, CSR #1171
25   MCCORKLE LITIGATION SERVICES, INC.
```



1          Join.
2       A.   To base what would have been at the time
3  versus what actually happened would be kind of
4  inappropriate almost because -- based upon the
5  perception of what happened at that time.
6  MS. RAVEENDRAN:
7       Q.   So what happened on the scene made you
8  believe it was appropriate to discharge your
9  firearm striking Mr. Parker's vehicle?
10      A.   When I went to get out of the path of
11 the vehicle to allow it to go past me in a safe
12 manner, once it accelerated and then began turning
13 in towards my path of travel where I was trying to
14 go, that's when I deemed that it was appropriate
15 to use deadly force.
16      Q.   Why?
17      A.   To defend my life because I had -- I had
18 perceived a threat to cause serious bodily injury
19 or death to myself, at which point I was -- felt
20 by policy and by case law that I was justified in
21 employing deadly force against a threat.
22      Q.   Would it be fair to say that had you not
23 felt threatened by deadly force you would not have
24 shot your gun?
25 MR. BRUNI:



CERTIFICATE OF COURT REPORTER

    I, F. DUSTY BURDINE, Court Reporter and Notary Public, in and for the County of Harrison, State of Mississippi, hereby certify that the foregoing pages, and including this page, contain a true and correct transcript of the testimony of the witness, as taken by me at the time and place heretofore stated, and later reduced to typewritten form by computer-aided transcription under my supervision, to the best of my skill and ability.

    I further certify that I placed the witness under oath to truthfully answer all questions in this matter under the authority vested in me by the State of Mississippi.

    I further certify that I am not in the employ of, or related to, any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings. Witness my signature and seal, this the 21st day of June 2023.



F. Dusty Burdine, CSR #1171
4/22/25
My Commission Expires

Exhibit "B"