

# Harton.22343

Date of Incident: February 01, 2020

# Preliminary Engineering Report

Prepared for:
Ms. Sam A. Harton, Esq.
Romanucci & Blandin LLC.
321 N. Clark St #900
Chicago, IL 60654

Prepared by:
**Jason Evans, B.S., M.B.A.**

Date of Report:  December 2, 2024

VIA ELECTRONIC TRANSMISSION

**Corporate Office:**  7185 South Tucson Way ● Centennial, CO 80112-3987 *p* 303.925.1900 ● *f* 303.925.1901
**Branch Offices:** ● **CO**-Denver, Colorado Springs, Fort Collins, Grand Junction, Durango
● **AZ**-Phoenix ● **GA**-Atlanta ● **TX**-Dallas, Fort Worth          *www.knottlab.com*

Exhibit "A"



Ms. Sam A. Harton, Esq.
Harton.22343
December 2, 2024
Page 2 of 8

**Table of Contents**

1.0   Purpose: ................................................................................................................. 3
2.0   Procedure: .............................................................................................................. 3
3.0   Background: ........................................................................................................... 3
4.0   Observations ......................................................................................................... 3
5.0   Discussion .............................................................................................................. 5
6.0   Conclusions ........................................................................................................... 7
7.0   Closure .................................................................................................................. 7
8.0   Appendix A: Documents Reviewed by Knott Laboratory ..................................... 8



Per your request, Knott Laboratory, LLC (Knott), has conducted a preliminary investigation into a shooting incident that was recorded on a Body Worn Camera (BWC) worn by Police Officer Jason Cuevas. For this preliminary investigation, Knott reviewed and analyzed the provided Body Worn Camera labeled Cuevas Body Camera.

I, Jason Evans, the author and expert of this report, possess extensive experience with BWC and BWC footage.  I worked as a police officer for seven years and used and operated a BWC while working as a police officer.  I was part of a team of officers who tested, reviewed, and implemented the BWC and BWC policy for the Grand Junction Police Department (GJPD) in Grand Junction, Colorado.  I have experience with the Utility brand BWC which was one of the BWCs which was tested for implementation at the GJPD.  In addition, as a police officer and an engineer at Knott Laboratory, I have analyzed, reviewed, and reconstructed hundreds, if not thousands, of BWC footage and have extensive experience with the technical aspects of BWC footage and videos.  This experience, knowledge, and expertise will be used in determining my conclusions in this matter.

### 1.0   Purpose:

The purpose of this investigation was to evaluate and analyze the provided Body Worn Camera (BWC) footage to identify pertinent technical and objective information from the subject video. Knott does not have any opinions or conclusions on the use of force, police policy, or observed actions of the individuals in the subject BWC.  Knott's opinions and conclusions are limited to the analysis of the subject BWC video.

### 2.0   Procedure:

Knott Laboratory reviewed the provided Body Worn Camera Footage and performed additional research based on observations and evaluations of the subject BWC.

### 3.0   Background:

The following is a summary of the incident and does not address all aspects of the incident as a whole.  This summary is provided to aid the reader but is not relevant or pertinent to Knott's analysis of the subject video.

On February 01, 2020, Mr. Leonard Parker was leaving a gathering in his vehicle when he was shot and killed by Police Officer Jason Cuevas.

### 4.0   Observations

Knott was provided with one Body Worn Camera (BWC) video labeled Cuevas Body Camera.  The subject BWC video was approximately four minutes and fifty-three seconds long.  The video showed numerous police vehicles as well as Officer Cuevas interacting with other police officers.  The video started with a vibration sound while Officer Cuevas touched a watch located on his right wrist.  The audio recording started immediately in the video (i.e., there was no delay between the video recording and the beginning of the audio recording).  The subject video did not have any timestamps or identifying titles as shown in Figure 4-1.   Forty-eight (00:48) seconds into the recording, a female officer can be seen wearing a square object with a reflective circular lens on her uniform shirt, as



Ms. Sam A. Harton, Esq.
Harton.22343
December 2, 2024
Page 4 of 8

seen in Figure 4-2.  This BWC style and configuration is consistent with the Utility make of Body Worn Camera formally marketed as "Body Worn" and currently marketed as "EOS Fusion"[1].



Figure 4-1: A screenshot from the provided BWC footage.  The red boxes indicate the expected location for timestamps or other titles.  Markup by Knott.

---

[1] https://www.utility.com/eos/



Ms. Sam A. Harton, Esq.
Harton.22343
December 2, 2024
Page 5 of 8



Figure 4-2: A screenshot from the provided BWC footage. The red arrow indicates the BWC observed on the female police officer. Markup by Knott.

## 5.0    Discussion

Knott Laboratory was informed that at the time of the incident, Officer Cuevas was wearing a Utility brand BWC. This information confirmed Knott's observations of the provided BWC footage. Knott also noted there was no buffering portion of the provided BWC footage. The buffering in BWC occurs because police BWCs are passively recording but not retaining the passively recorded video until the user activates the BWC. When the BWC is activated, a designated length of the buffered video is retained in addition to the activated portion of the BWC footage[2,3,4]. The buffered video generally

---

[2] DEA BWC Policy dated Feb 2024
[3] Denver PD BWC Testing Policy dated May 2014
[4] Chicago PD BWC Policy dated Nov 2022

Exhibit "A"



does not have audio.  The provided BWC video did not have this buffering section and the audio started at the beginning of the subject video.

Per the Utility BWC website[5], Utility BWCs have the capability to buffer two minutes of footage prior to the BWC being manually activated. BWCs have buffering capability and based on research and analysis, it would be expected to be enabled and to be set up on the subject BWC based on national and industry trends and policies.  Knott has not been provided with the set-up parameters of Officer Cuevas' BWC which would establish how much buffering time Officer Cuevas' BWC was programmed, and whether the buffering section of the video should be present in the provided BWC footage.   *Therefore, Knott Laboratory has concluded that the BWC worn by Officer Cuevas was consistent with a Utility brand BWC. In addition, Knott Laboratory has concluded that Utility brand BWCs are capable of storing up to two minutes of buffered video footage. Knott Laboratory has concluded that the provided BWC footage contained no buffered video footage.  Knott Laboratory has concluded based on research, analysis, and my expertise the minimum of thirty (30) seconds up to two (2) minutes of buffering video prior to the activation of the BWC are expected to be on the subject BWC footage.*

It is Knott's understanding that there is outstanding discovery reference to the subject BWC and the parameters set for the subject BWC and Knott's plans to review, analyze, and ultimately plan to supplement this preliminary engineering report based on the outstanding discovery.

---

[5] https://www.utility.com/eos/#eos-features



Ms. Sam A. Harton, Esq.
Harton.22343
December 2, 2024
Page 7 of 8

**6.0  Conclusions**

Based on available evidence, scientific research literature, published test data and the engineers' training, education, and experience the following conclusions were reached:

1. The BWC worn by Officer Cuevas was consistent with a Utility brand BWC.

2. Utility brand BWCs are capable of storing up to two minutes of buffered video footage.

3. The provided BWC footage contained no buffered video footage.

4. Based on research, analysis, and my expertise the minimum of thirty (30) seconds up to two (2) minutes of buffering video prior to the activation of the BWC are expected to be on the subject BWC footage.

**7.0  Closure**

The opinions and conclusions expressed in this report are based on available evidence, scientific research literature, published test data, and the engineer's training, education, and experience as of the of the date of this report. Furthermore, the opinions and conclusions expressed in this report were reached within a reasonable degree of scientific probability. Additional information may become available that may affect this engineer's opinions and conclusions.

Respectfully,

**Jason Evans, B.S., M.B.A.**
Project Engineer

Ms. Sam A. Harton, Esq.
Harton.22343
December 2, 2024
Page 8 of 8

**8.0  Appendix A: Documents Reviewed by Knott Laboratory**

1. DEA BWC Policy dated Feb 2024
2. Denver PD BWC Testing Policy dated May 2014
3. Chicago PD BWC Policy dated Nov 2022
4. https://www.utility.com/eos/#eos-features
5. https://www.utility.com/eos/

Exhibit "A"