

**CONFIDENTIAL**

Workorder 20055204
Chain 20055204
Patient ID 20-1760

Page 2 of 3

### Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Ethanol | 185 | mg/dL | 10 | 001 - Subclavian Blood | Headspace GC |
| Blood Alcohol Concentration (BAC) | 0.185 | g/100 mL | 0.010 | 001 - Subclavian Blood | Headspace GC |
| Ethanol | Confirmed | mg/dL | 10 | 001 - Subclavian Blood | Headspace GC |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1. Ethanol (Ethyl Alcohol) - Subclavian Blood:

   Ethyl alcohol (ethanol, drinking alcohol) is a central nervous system depressant and can cause effects such as impaired judgment, reduced alertness and impaired muscular coordination. Ethanol can also be a product of decomposition or degradation of biological samples. The blood alcohol concentrations (BAC) can be expressed as a whole number with the units of mg/dL or as a decimal number with units of g/100 mL which is equivalent to % w/v. For example, a BAC of 85 mg/dL equals 0.085 g/100 mL or 0.085% w/v of ethanol.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 20055204 was electronically signed on 02/26/2020 13:15 by:

Kristopher W. Graf, M.S.
Certifying Scientist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52250B - Alcohols and Acetone Confirmation, Blood - Subclavian Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 8051B - Postmortem, Basic, Blood (Forensic) - Subclavian Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Cocaine / Metabolites | 20 ng/mL |
| Barbiturates | 0.040 mcg/mL | Fentanyl / Acetyl Fentanyl | 0.50 ng/mL |
| Benzodiazepines | 100 ng/mL | Methadone / Metabolite | 25 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Opiates | 20 ng/mL |

NMS v.18.0

CERTIFIED REPORT



APR 10 2023
ATTEST A TRUE COPY
MISSISSIPPI FORENSICS LABORATORY

Exhibit "C"   MS Forensics Lab Resp to SDT 012