1         IN THE UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3

4  CATINA PARKER, as         )
   Personal Representative  )
5  of the Estate of         )
   LEONARD PARKER, JR.,     )
6  Deceased,                )
              Plaintiff,    )
7       vs.                 )1:21-CV-217 HSO-RHWR
   THE CITY OF GULFPORT,    )
8  a municipal corporation; )
   JASON CUEVAS, in his     )
9  individual and official  )
   capacity,                )
10            Defendants.   )

11

12       The Zoom Video Conference Discovery

13  Deposition of STACI TURNER, M.D., called for

14  examination pursuant to the Rules of Civil

15  Procedure for the United States District

16  Courts pertaining to the taking of depositions,

17  taken before MARLENE L. KING, a Certified

18  Shorthand Reporter within and for the County

19  of Cook and State of Illinois, on December 18,

20  2024, at the hour of 10:09 o'clock a.m.

21

22

23       REPORTED BY:  MARLENE L. KING, C.S.R.

24       LICENSE NO.:  084-003326.



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Exhibit "D"

1

```
 1  up to his death, correct?
 2       A.   Correct.
 3       Q.   Were you aware that Mr. Parker was the
 4  driver of a truck in the period of time leading
 5  up to his death?
 6       A.   Not that I recall.
 7       Q.   Okay.  As to the -- I think you
 8  testified earlier that the legal limit of
 9  alcohol in the State of Mississippi is 0.08,
10  correct?
11       A.   Yes.
12       Q.   And Mr. Parker's blood alcohol
13  concentration, the result, was 0.185, is that
14  correct?
15       A.   Yes.
16       Q.   Would it be fair to say that based
17  on this result Mr. Parker's blood alcohol
18  concentration was over twice the legal limit
19  in the State of Mississippi?
20       A.   Yes.
21       MS. RAVEENDRAN:  Objection.  Foundation.
22  BY MS. LIND:
23       Q.   Are you able to comment at all as to
24  whether Mr. Parker's blood alcohol concentration
```



```
 1  STATE OF ILLINOIS      )
 2                         )   SS:
 3  COUNTY OF C O O K      )
 4          I, MARLENE L. KING, a Certified Shorthand
 5  Reporter within and for the County of Cook
 6  and State of Illinois, do hereby certify
 7  that heretofore, to-wit, on December 18, 2024,
 8  personally appeared before me via Zoom,
 9  STACI TURNER, M.D., in a cause now pending
10  and undetermined in the United States District
11  Court for the Southern District of Mississippi,
12  wherein CATINA PARKER, as Personal
13  Representative of the Estate of LEONARD PARKER,
14  JR., deceased is the Plaintiff, and THE CITY OF
15  GULFPORT, a municipal corporation; JASON CUEVAS,
16  in his individual and official capacity are the
17  Defendants.
18          I further certify that the said STACI
19  TURNER, M.D. was first duly sworn to testify the
20  truth, the whole truth and nothing but the truth
21  in the cause aforesaid; that the testimony then
22  given by said witness was reported
23  stenographically by me in the presence of the
24  said witness via Zoom, and afterwards reduced to
```



McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

71

Exhibit "D"

 1   typewriting by Computer-Aided Transcription, and
 2   the foregoing is a true and correct transcript
 3   of the testimony so given by said witness as
 4   aforesaid.
 5          I further certify that the signature to
 6   the foregoing deposition was waived by counsel
 7   for the respective parties.
 8          I further certify that the taking of this
 9   deposition was pursuant to Notice and that there
10   were present at the deposition the attorneys
11   hereinbefore mentioned.
12          I further certify that I am not counsel
13   for nor in any way related to the parties to
14   this suit, nor am I in any way interested in the
15   outcome thereof.
16          IN TESTIMONY WHEREOF:  I have hereunto
17   set my verified digital signature this 30th day
18   of December, 2024.
19
20              *Marlene L King*
21          _____
22              LICENSE NO. 084-003326
23
24

