```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                      SOUTHERN DIVISION

 3

 4   CATINA PARKER, as Personal
     Representative of the Estate
 5   of Leonard Parker, Jr.,
     Deceased,
 6         Plaintiff,

 7
     VERSUS           CIVIL ACTION NO: 1:21-cv-00217-HSO-BWR
 8

 9   THE CITY OF GULFPORT, a
     municipal corporation; JASON
10   CUEVAS in his individual and
     official capacity; and JOHN
11   DOE OFFICERS #1 - 5 in their
     official and individual
12   capacities,
           Defendants.
13

14

15

16         VIDEOTAPED DEPOSITION OF JASON CUEVAS

17

18       Taken at the offices of Copeland, Cook,
         Taylor & Bush, P.A., 200 East Beach
19       Boulevard, Building 5, Gulfport,
         Mississippi, on Wednesday, June 14,
20       2023, beginning at 9:16 a.m.

21

22

23

24
     REPORTED BY:  F. DUSTY BURDINE, CSR #1171
25   MCCORKLE LITIGATION SERVICES, INC.
```



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052                          1

Exhibit "E"

1  or once I was already parked.
2      Q.   Before you turned off your headlights,
3  did they illuminate any people right in front of
4  you?  Did you observe anyone in the headlights?
5      A.   No, ma'am.
6      Q.   And then as you parked, were you able to
7  observe where the voices were coming from?
8      A.   Once I was out of the vehicle, I was
9  able to.
10     Q.   Okay.  So before you got out, you
11 couldn't tell where the voices were?
12     A.   No, ma'am.
13     Q.   Do you remember why you parked where you
14 chose to park?
15     A.   Yes, ma'am.
16     Q.   And why was that?
17     A.   It was a more tactical approach to where
18 I was parked.  I wasn't illuminated by a street
19 light.  It gave me a better vantage point to
20 approach the call from to gain more information
21 about the situation that was going on at the
22 residence.  And also -- so that way, since I
23 wasn't familiar with that exact street, it would
24 give me a little more distance and time to verify
25 which residence I needed to be responding to.



CERTIFICATE OF COURT REPORTER

I, F. DUSTY BURDINE, Court Reporter and Notary Public, in and for the County of Harrison, State of Mississippi, hereby certify that the foregoing pages, and including this page, contain a true and correct transcript of the testimony of the witness, as taken by me at the time and place heretofore stated, and later reduced to typewritten form by computer-aided transcription under my supervision, to the best of my skill and ability.

I further certify that I placed the witness under oath to truthfully answer all questions in this matter under the authority vested in me by the State of Mississippi.

I further certify that I am not in the employ of, or related to, any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings. Witness my signature and seal, this the 21st day of June 2023.



F. Dusty Burdine, CSR #1171

4/22/25

My Commission Expires

Exhibit "E"