

Exhibit "F"


Exhibit "F"



Exhibit "F"



Exhibit "F"



Exhibit "F"