**In the Matter Of:**

PARKER vs THE CITY OF GULFPORT

1:21-CV-00217-HSO-BWR

---

# CATINA PARKER

*August 29, 2024*

---



800.211.DEPO (3376)
EsquireSolutions.com

Exhibit "22"

1   anywhere.

2        Q    Sure.  But he left on Thursday, nonetheless?

3        A    Correct.

4        Q    Okay.  Do you know -- do you know whether he

5   had been to Houston and back to Stephanie's after he

6   left you, or had he gone -- do you know whether he had

7   gone directly to Stephanie's?

8        A    I don't know.

9        Q    Well, when you talked to Mary and Antonio,

10  did they ever tell you that they had seen Leonard?

11       A    I didn't go into detail.  I asked where he

12  was, and she said that he was in -- I don't think he

13  ever made it to Houston.  If I go back and think about

14  the conversation with his mom, he never made it to

15  Houston.

16       Q    So he had come down here to see Stephanie?

17       A    Correct.

18       Q    To be with her.  Okay.  I understand.

19            I'll get on these pictures in just a second.

20  But I want to -- y'all -- your lawyers have produced

21  for us a statement, a recorded statement, that you had

22  taken, or at least you were a party to of Tremaine

23  Markray.

24       A    Okay.

25       Q    Do you know him?



1      A    Yes.  Not know him.  Know of him.

2      Q    How do you know of him?

3      A    I know that he was the guy that was in the

4   vehicle with Leonard when he passed.

5      Q    Did you know him before Leonard had passed?

6      A    No.

7      Q    Okay.  So you found out about his

8   involvement with these events after Leonard was

9   killed?

10     A    Correct.

11     Q    What did you find out about his involvement?

12   What did you find out about his involvement prior to

13   the time you talked to him?

14     A    I knew that there was an altercation between

15   him and his girlfriend.  I knew -- and this is from

16   what Stephanie was telling my friend, Kim, on the

17   phone.

18          I knew that there was a altercation.  I knew

19   that Leonard came in between them.  I know that that

20   was his first time meeting Leonard.  And I know that

21   Leonard tried to separate --

22     Q    Let me stop you real quick.

23          Stephanie says that's not true in her

24   deposition, that they had met before.  They had been

25   to Minden, the two of them.



Exhibit "22"

1              Did you not know about that?

2     A    Tremaine told me that that was his first

3    time meeting Leonard.

4     Q    Okay.

5     A    That he had never seen him before.

6     Q    I can't change what Tremaine told you.

7    That's why it is important that you might want to take

8    a look at Stephanie's deposition.

9              MS. HARTON:  Objection.

10    A    Okay.

11   MR. WHITFIELD: (Continuing.)

12    Q    Okay.  Well, there is a lot of holes that

13   need to be filled in in terms of your beliefs.  And I

14   think that when this thing is over with that would be

15   something that would be a good thing to do.  That's

16   just me.  But your lawyer --

17              MS. HARTON:  That's not -- object.

18   Come on, Bill.  Let's move on.

19   MR. WHITFIELD: (Continuing.)

20    Q    Your lawyers are going to fill you in.

21              But all I'm telling you is, is that you

22   understood that this was the first time that they had

23   met?

24    A    That's what Tremaine told me.  From my

25   understanding, that's all I know.



Exhibit "22"

CATINA PARKER                                          August 29, 2024
PARKER vs THE CITY OF GULFPORT                                      111

1    Q    What did Stephanie tell you about Tremaine

2    when you talked to her that day on the 1st?

3    A    The only thing -- she didn't tell me

4    anything about Tremaine other than him and his

5    girlfriend had gotten into an altercation.  Leonard

6    came in between that.  And then Leonard tried to get

7    Tremaine, you know  -- so that he wouldn't lose his

8    job, he wanted to take Tremaine to his hotel.

9    Q    Okay.  And then ultimately there was this

10   exchange between he and the police officer?

11   A    Who and the police officer?

12   Q    Stephanie, did she say that to you?  Did she

13   tell you --

14   A    That who had an altercation?

15   Q    Leonard and Tremaine.

16   A    That Leonard and Tremaine had an

17   altercation?

18   Q    Well, ultimately he got shot.  I'm talking

19   about this event.

20        I mean, did she tell you at all anything

21   about what happened that resulted in the discharge of

22   a weapon?

23   A    That they were in the car backing up and

24   that when they were backing up I guess the police was

25   parked down the road, and he was walking up to the



CATINA PARKER                                              August 29, 2024
PARKER vs THE CITY OF GULFPORT                                         112

```
 1   vehicle and that -- I don't know.  Leonard didn't see
 2   him and, you know --
 3        Q    Is that what Stephanie told you?
 4        A    Yeah.
 5        Q    Okay.  And she told you this on a
 6   speakerphone in a room full of people?
 7        A    My sister and Kimberly were in the room at
 8   the time.
 9        Q    Okay.  Very good.
10             So the conversation, though, that you had
11   with Tremaine that was recorded --
12        A    Uh-huh.
13        Q    -- did you alert him beforehand that you
14   were recording the conversation?
15        A    No.
16        Q    Okay.  Why not?  Why did you not tell him
17   that?
18        A    I -- I don't know why I didn't tell him.  I
19   know why I did it, so that I could remember everything
20   that he was saying.
21        Q    Okay.  All right.  Well, the -- do you still
22   have like the actual recording?
23        A    I do.
24        Q    You do?  Like the tape or the digital thing,
25   whatever?
```



Exhibit "22"

CATINA PARKER                                          August 29, 2024
PARKER vs THE CITY OF GULFPORT                                    113

```
1        A    Digital.

2        Q    So I would like for you to send that to --

3             MS. HARTON:  We've sent it to you.

4             MR. WHITFIELD:  I don't have the --

5  have I got the recording?  I've got the transcript.

6             MS. LIND:  Yeah.

7             MR. WHITFIELD:  Okay.  Well, then, my

8  mistake.  I didn't know we had that.  So thank you.

9  Thank you for sending that to your lawyer.  So I will

10 stand to be corrected on that, and I'll be sure to

11 listen to that.  I looked at the transcript, and I

12 just assumed that you still had the digital copy.  So

13 thank you for sending that.

14 MR. WHITFIELD: (Continuing.)

15       Q    Did you talk to anybody else and record a

16 conversation with anybody else?

17       A    No.

18       Q    Did you talk with anybody else that was

19 actually in the house with Stephanie and Leonard that

20 evening like by phone that you would have recorded

21 their conversation?

22       A    No.

23       Q    Why was it -- did you talk to anybody else

24 at all on the telephone about what happened?

25       A    No.
```



Exhibit "22"

CATINA PARKER                                         August 29, 2024
PARKER vs THE CITY OF GULFPORT                                    114

1      Q    Why did you talk to just Tremaine?  Why just

2   Tremaine?

3      A    Because no one had Tremaine's side of the

4   story.  No one -- none of his kids or I knew, you

5   know, what he saw or what happened because Tremaine

6   was in the vehicle with him.

7      Q    Okay.  When you say, "his kids," are you

8   talking about Leonard's kids?

9      A    Leonard's kids, yes.

10     Q    Okay.  Did you call any of his children that

11  day?

12     A    I didn't make any phone calls to his kids.

13  His sister and mom made the phone calls.

14     Q    To his kids?

15     A    Yes.

16     Q    Okay.  How long after the actual event on

17  the morning of February the 1st was it that you found

18  out that Tremaine was actually somebody that you

19  needed to reach out to?

20     A    Maybe months.

21     Q    Months?

22     A    Months before I got in contact with him.  I

23  don't know exactly when, but I know it was a long time

24  that no one heard his side of the story.  So I think I

25  got his name, and I looked him up.  And I think I got



Exhibit "22"

CATINA PARKER                                              August 29, 2024
PARKER vs THE CITY OF GULFPORT                                        116

```
1   police station.
2        Q    Okay.  Did they tell you why?
3        A    They wouldn't talk to us?  No.  They were
4   real rude and just didn't want to talk to us.
5        Q    Okay.  Understood.
6             Are you aware today that Tremaine -- that
7   Markray -- Tremaine Markray had given an audio
8   statement to the police?
9        A    I saw that on that -- with the report that
10  came out.
11       Q    You saw that?
12       A    Yes.
13       Q    You saw the video, or you saw --
14       A    I saw some of what he was saying because
15  when they did the article, there was a whole article.
16  So I saw what he was saying.
17       Q    So you could click the --
18       A    It was a video in that article.
19       Q    Video.  Like an embed?
20       A    Yes.
21       Q    I understand.
22            Well, how much of it did you watch?
23       A    I couldn't watch a lot of it.
24       Q    Understood.
25            Did you -- have you ever been shown any kind
```



Exhibit "22"

CATINA PARKER                                                August 29, 2024
PARKER vs THE CITY OF GULFPORT                                          117

1   of comments, statements that Tremaine made while he

2   was in the backseat of a police car?

3        A    No.

4        Q    Have you read his deposition?

5        A    No.

6        Q    So after you took his statement, did you

7   transcribe it, or was it something that you kind of

8   depended on the lawyers to do?

9        A    The lawyers.

10        Q    The lawyers did it?  Okay.

11             So the next time you saw it, was it in

12   writing?

13        A    I didn't see it.

14        Q    So you haven't seen that statement even as

15   of today?

16        A    No.

17        Q    Okay.  So you just gave the digital copy to

18   them?

19        A    Yes.

20        Q    I mean, did you give it to your current

21   lawyer, or did you give it to another lawyer?

22        A    Another lawyer.

23        Q    Another lawyer?  Who was the --

24        A    Hold on.  Hold on.  No.  Did I give it --

25   I'm not sure.



Exhibit "22"

1  you had taken?

2      A    No.

3      Q    Okay.  Do you know that any other statements

4  have been taken?

5              MS. HARTON:  Object to the form.

6      A    As far as from?

7  MR. WHITFIELD: (Continuing.)

8      Q    From anybody.

9      A    No.

10      Q    Okay.  But you are aware of some depositions

11  that have been taken, right?

12      A    Yes.

13      Q    And you haven't read any of the depositions

14  I have understood your testimony to be --

15      A    No.

16      Q    -- right?

17           Ultimately a suit was filed for you and I

18  guess your daughter and his children?

19      A    Yes.

20      Q    And there are some things that were alleged

21  in the complaint.  And I can read them to you, but I

22  guess my -- my point in reading them to you would be

23  to find out how much of the facts of the complaint you

24  actually know.

25           And I guess from what I've heard so far you



Exhibit "22"

CATINA PARKER                                                    August 29, 2024
PARKER vs THE CITY OF GULFPORT                                              121

1  weren't even anywhere near Gulfport, Mississippi.

2       A    No.

3       Q    And the only facts that you know would have

4  come from other people?

5       A    Correct.

6       Q    There's no facts in your complaint that you

7  personally know?

8            MS. HARTON:  Object to the form.

9  MR. WHITFIELD: (Continuing.)

10      Q    Well, there's no facts about the incident in

11 the complaint that you personally know, other than

12 what you've been told?

13           MS. HARTON:  Object to the form.

14           MR. WHITFIELD:  Okay.  You can object

15 to form, but now you get to answer.

16      A    I'm not sure what you're asking me.

17 MR. WHITFIELD: (Continuing.)

18      Q    Well, do you know any of the facts about

19 this incident other than what you've been told?

20      A    Other than what I've been told and other

21 than what I've been saying?  No, I don't.

22           MR. WHITFIELD:  Well, see, that's what

23 makes the deposition go long.  Because I'm reasonably

24 sure y'all know what I'm asking.

25           Does she have any factual knowledge of



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Exhibit "22"

1   what happened during -- on February the 1st in the

2   street on --

3                MS. HARTON:  Are you asking -- if

4   you're asking her if she witnessed anything, that's a

5   different question than having personal knowledge.

6                MR. WHITFIELD:  Well, that's kind of

7   like do you know.

8                MS. HARTON:  I mean, it's different.

9      A    I know what was written in the article of

10  what happened, if that's what you're asking me.

11  MR. WHITFIELD: (Continuing.)

12     Q    All right.  Let me back up.

13          You weren't even in Mississippi when this

14  happened, right?

15     A    No.

16     Q    And the first time -- the first thing that

17  you heard about this incident, as we've already

18  discussed, is late in the morning of the next day.

19  Well, not the next -- late in the morning.  Later on

20  in the morning of that same day.

21                MS. HARTON:  Objection to form.

22                MR. WHITFIELD:  What's the

23  objectionable about the same day?

24                MS. HARTON:  You've got -- you've got

25  to clarify your question.  You're asking her --



Exhibit "22"

```
 1        Q    His sister.  And his sister called you?

 2        A    Correct.

 3        Q    So that's how you find out about what

 4   happened?

 5        A    Correct.

 6        Q    Okay.  All right.  Now, there is -- we've

 7   got an amended complaint, I think, that it is the --

 8   hold on just a second.

 9                    (Brief pause.)

10             MS. LIND:  We're on the third.  Right?

11   We're on the third --

12             MS. HARTON:  I think we're on the

13   third.  I filed an amended complaint when we were in

14   the bifurcated --

15             MR. WHITFIELD:  Yeah.  Okay.

16   MR. WHITFIELD: (Continuing.)

17        Q    So the general allegations in the amended

18   complaint, there's -- there's facts.  And, as I

19   remember now, looking back on it, we had to answer

20   like a bunch of them.

21             For instance, let me just take -- let me

22   pull out paragraph 26 of the complaint.  "At this time

23   Jason Cuevas did not observe Leonard Parker, Jr. or

24   his passenger making any threatening gesture or

25   displaying any weapon."
```



Exhibit "22"

CATINA PARKER                                          August 29, 2024
PARKER vs THE CITY OF GULFPORT                                    125

1          That's an allegation in the complaint, okay?

2     A    Okay.

3     Q    Make sense?

4          You don't know anything firsthand or

5    personal that would -- that would allow you to affirm

6    factually that that is a fact?

7     A    I wasn't there.

8     Q    Perfect.  That's my question.

9          You don't know anything in this complaint

10   that is alleged as a fact -- you don't know anything

11   about it personally?

12    A    I wasn't there.

13    Q    Well, do you know anything about the facts

14   of the case based on personal knowledge?

15              MS. HARTON:  Object to form.

16    A    Only what I've been told.

17   MR. WHITFIELD: (Continuing.)

18    Q    Simple yes will do.  Hum?

19    A    Only what I've been told.

20    Q    That's fine.  That's a good answer.

21         How did you find out about Tremaine's phone

22   number?  How did you get that telephone number?

23    A    Tremaine and I talked on -- I found him on

24   Facebook, and I sent him a message.

25    Q    And then he reached back out to you?



Exhibit "22"

1    A    Correct.

2    Q    Okay.  And then y'all, by telephone, hooked

3  up?

4    A    Correct.

5    Q    Okay.  Got it.  Okay.

6         Did you ever talk to any of the police

7  officers about what happened?

8    A    No.

9    Q    Can you look at your pack of material there

10 that I put in front of you?  It's Exhibit No. 52.  Let

11 me flip through these exhibits real quick with you so

12 that we can kind of maybe try to wind down, okay?

13        Picture No. 466, Catina, do you see that?

14   A    Yes.

15   Q    Okay.  Do you -- is that Leonard?

16   A    Yes.

17   Q    Okay.  Do you know when that picture was

18 taken?

19   A    It was at Leah's recital.

20   Q    Leah's recital?

21   A    She was in the band.

22   Q    She was in the band?  Okay.

23        Do you know what year that would have been

24 taken?  Just about.  I'm not looking for a specific

25 date.



CATINA PARKER                                          August 29, 2024
PARKER vs THE CITY OF GULFPORT                                     157

1    house.

2         Q    When was this picture taken?

3         A    This was a surprise visit, actually, and it

4    was taken in 2019.

5         Q    Okay.  So what -- what would have been the

6    occasion for this picture to be taken in 2019?

7         A    Leonard, III was surprising his dad.  So

8    Leonard didn't know that he was coming in town, so he

9    had it all set up.  He just wanted to come and visit.

10        Q    I understand.

11             There was no like -- other than him showing

12   up --

13        A    Just showing up.

14        Q    -- and it being a special occasion, right?

15        A    Yeah.

16        Q    509 would be?

17        A    Leonard and Latrecia.

18        Q    At her wedding?

19        A    At her wedding.

20        Q    Okay.  All right.  A minute ago we talked

21   about you calling up Tremaine.  Do you remember that?

22        A    Uh-huh. (Affirmative response.)

23        Q    Remember we talked about that?  You said

24   that you had reached out to him and, like, called him

25   and took a statement from him a couple of months after



1   the actual events, after the incident, right?

2        A    Yes.

3        Q    Do you remember -- I know that your lawyers

4   were not kind of on the -- on the scene then.

5             Do you remember whether you had been --

6   whether you had been -- whether a lawyer had been

7   retained when you did that?

8        A    Yes.

9        Q    So a lawyer had been retained.  And then

10  after the lawyer had been retained, that's when you

11  called up Tremaine?

12       A    Correct.

13       Q    And took a statement from Tremaine, right?

14       A    I talked to Tremaine about the incident.

15       Q    Right.

16       A    I didn't really take a statement.  But if

17  you're talking about the recording --

18       Q    The recording.

19       A    -- yes.

20       Q    Was that on your phone?  Is that something

21  that you, like -- how did you do that on your phone?

22  I mean, did you have like a program that recorded the

23  conversation as you were having it?

24       A    I believe there is a recorder on my iPad,

25  and I was talking to him on the phone, so I had my



Exhibit "22"

1   phone on speaker.

2        Q    Oh, okay.  Got it.

3            Do you know whether any of your children --

4   no -- any of Leonard's children ever reached out to

5   any of the witnesses to talk to them?

6        A    Not that I know of.

7        Q    Okay.  How about any ex spouses, did any ex

8   spouse, as far as you know, reach out to any of the

9   witnesses to talk to them?

10       A    Not that I know of.

11       Q    So did you ever reach out to anybody else

12  that was actually in the -- in the house that night,

13  at Stephanie's house?

14       A    No.

15       Q    Okay.  The only person that you talked to

16  would have been Tremaine?

17       A    Correct.

18       Q    Now, you told me a little while ago that you

19  called the police department I guess to talk to

20  somebody at the police station?

21       A    I didn't.  I was too distraught.  But family

22  members did.

23       Q    Did you ever follow back up with the police

24  to try to talk to them about what happened?

25       A    I did not.



Exhibit "22"





**Tremaine** >

Text Message
Mar 28, 2021 at 9:23 PM

U heard anything ?

The DA said they made a decision but can't release it until 10 days

Oh ok...let me know

I will

Ok thanks

Apr 13, 2021 at 2:55 PM

Hey Tremaine a reporter wants to reach out to you about the case. Will you be willing to speak with her. She is trying to bring light to this case.

Yes ill speak with her

Apr 13, 2021 at 6:17 PM

U ok?

Apr 15, 2021 at 8:48 PM

U ok?I talk to those people

Did she ask a lot of questions

Yes... and I answered all of them...u ok? How your day went?

+    Text Message

**EXHIBIT**
5.3

Exhibit "22"

 

Tremaine

Yes... and I answered all of them...u ok? How your day went?

I'm hanging in there. I'm just thankful that this case is about to get some attention. We need answers as to why they did what they did. I pray the truth is revealed. How have you been?

Yep..we gon get to the bottom of this but I been good ..I just be worried about u

U ok?I just want u to know that care

Jun 2, 2021 at 1:17 PM

Hey did you see the article that came out today

sunherald.com 

I haven't saw it yet...im driving at the moment...when I park ill check it out

Thank u for sending it to me

Have you read it yet

Not yet...I can't park the truck till around 4

Ok

 Text Message 

Exhibit "22"



**Tremaine Markray**
Active 7m ago



My healing can't begin until we get justice. My heart breaks fir my daughter because they were joined at the hip. He was a good guy just never should have been there. I just don't know how to make it without him. My life is forever changed and my heart is broken. I can't stop and won't stop until his story is told.


And I'm here to tell it with u... they was wrong and I don't like it or how they handled both of us...they were wrong and justice need to be served

FEB 4, 2021 AT 10:36 AM

How did it go with the lawyer


I just got off the phone with her..i told her everything I saw.i hate to relive that moment because it was devastating and the scariest moment of my life but ill help yall because something needs to be done about it..he didn't do anything wrong


EXHIBIT
54

I understand how traumatized you must have been. I wasn't there and I feel it as though I were there. Thank you for doing the right thing and just

     Aa    

Exhibit "22"



**Tremaine Markray**
Active 8m ago



I understand how traumatized you must have been. I wasn't there and I feel it as though I were there. Thank you for doing the right thing and just know I'm praying for you as well. I just want justice for my husband. Thank you! Have you seek counseling? You may need to



You're welcome and no I haven't but my mom told me the same thing... that night still bothers me

FEB 4, 2021 AT 11:19 AM

I know it does

MAR 26, 2021 AT 5:01 PM

Hey Tremaine did they call you as a witness for the Grand Jury?



No they haven't called yet

I know Stephanie went on yesterday. I'm surprised they didn't call you as a withness.



Oh ok...maybe they'll call next week sometime ...my number is 3184558611

↓

APR 7, 2021 AT 1:00 PM

    Aa  

Exhibit "22"



**Tremaine Markray**
Active now



Oh ok...maybe they'll call next week
sometime ...my number is
<u>3184558611</u>

APR 7, 2021 AT 1:00 PM



**Covington News** ✓

Mississippi grand jury clears
officer in fatal shooting of
Covington man
Facebook

My heart is broken and it's like I loss
my husband all over again.

APR 7, 2021 AT 2:20 PM

How can they come to that without
us appearing in court?

APR 7, 2021 AT 2:45 PM

I'm so sorry for the pain you're
going through..I d~ '+ understand
how they could c ↓ it without
court.. Something not right and I



Aa

Exhibit "22"

  

 **Tremaine Markray**
Active now

APR 7, 2021 AT 2:20 PM

How can they come to that without us appearing in court?

APR 7, 2021 AT 2:45 PM

 I'm so sorry for the pain you're going through..I don't understand how they could do that without court.. Something not right and I feel like they hiding something...I think it was a set up

APR 7, 2021 AT 3:07 PM

Thanks Tremaine. We are still going to fight to clear his name.

 I'm going to help u clear his name cause he didn't do nothing wrong for them to shoot him like that...I hate those kind of police they think they can get away with anything..smh

Can you call me please

APR 7, 2021 AT 8:49 PM

 U ok?I'm just now seeing your message


APR 8, 20.....T 1:02 AM

    Aa  

Exhibit "22"

 Facebook

 **Tremaine Markray**
Active now



U ok?I'm just now seeing
your message

APR 8, 2021 AT 1:02 AM

I hope you ok..im praying for
you...be strong everything going to
be ok

Thank you

Yes I'm ok

U ok?

Ok...just pray GOD going to work
this out for you

Did you tell Stephanie that
we spoke?

No I don't talk yo Stephanie I think
they the one set it up but it was
meant for me not Leonard...

To

I can't stand her

APR 8, 2021 AT 11:11 PM

Call me when u get a chance
↓
APR 9, 20___ 10:20 AM

    Aa  

Exhibit "22"

  **Tremaine Markray**
Active now                          

To

 I can't stand her

APR 8, 2021 AT 11:11 PM

 Call me when u get a chance

APR 9, 2021 AT 10:20 AM

I will call you in a lil bit

APR 9, 2021 AT 10:49 AM

 **Audio call**
Tap to call again

APR 9, 2021 AT 12:13 PM

 Just woke up...how u doing

APR 9, 2021 AT 5:46 PM

 U ok?

Yes I'm ok. It's been emotional and draining to say the least.

I understand but I promise you GOD going to work it out because they was wrong..I hate you and your babies are going through this and I always pray for y↓ mfort..just
 continue to pray

    Aa     

Exhibit "22"

 ◀ Facebook

< 4   **Tremaine Markray**
Active now  📞 🎥

 Just woke up...how u doing

APR 9, 2021 AT 5:46 PM

 U ok?

> Yes I'm ok. It's been emotional and draining to say the least.

 I understand but I promise you GOD going to work it out because they was wrong..I hate you and your babies are going through this and I always pray for yall comfort..just continue to pray

> That's all I have been doing is praying. We didn't get the outcome from the grand jury that we would have like but I'm standing in faith that somehow his name will be cleared and justice will still be served.

Me too..I don't understand how they could come to a conclusion without appearing in court...but GOD going to bring the truth out because something wasn't right about that night..it was like it was planned

 For it to happen to me not leonard

➕ 📷 🖼️ 🎤    Aa    😊 👍

Exhibit "22"

 ◀ Facebook

 **Tremaine Markray**
Active now



praying. We didn't get the outcome from the grand jury that we would have like but I'm standing in faith that somehow his name will be cleared and justice will still be served.

Me too..I don't understand how they could come to a conclusion without appearing in court...but GOD going to bring the truth out because something wasn't right about that night..it was like it was planned

 For it to happen to me not leonard

APR 9, 2021 AT 6:15 PM

Why do you believe that?

Because they the ones called the police and I think one of them knew that police personally because the police didn't pull their cars in front of the house they parked around the corner.they came out on me and Leonard from the bushes...thats just not what police do...when their dispatched they pull their cars to the address that was stated...I know for a fact something wasn't right about that night



    Aa   

Exhibit "22"

CATINA PARKER                                              August 29, 2024
PARKER vs THE CITY OF GULFPORT                                        253

1

2                    CERTIFICATE OF REPORTER

3

4        I, AMANDA WOOTTON, Court Reporter and Notary

5    Public for the State of Mississippi, do hereby certify

6    that the above and foregoing pages contain a full,

7    true and correct transcript of the proceedings had in

8    the aforenamed case at the time and place indicated,

9    which proceedings were recorded by me to the best of

10   my skill and ability.

11       I also certify that I placed the witness under

12   oath to tell the truth and that all answers were given

13   under that oath.

14       I certify that I have no interest, monetary or

15   otherwise, in the outcome of this case.

16            This the 4th day of September 2024.

17

18

19

20                    *Amanda M. Wootton*

21                    _____
                      AMANDA M. WOOTTON

22   My Commission Expires:
     December 15, 2026

23

24

25



                                    800.211.DEPO (3376)
                                    EsquireSolutions.com

Exhibit "22"