IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CATINA PARKER, as Personal Representative
of the Estate of Leonard Parker, Jr., deceased          PLAINTIFF

VERSUS                             CIVIL ACTION NO. 1:21CV00217-HSO-BWR

The CITY OF GULFPORT, a municipal
corporation; JASON CUEVAS, in his individual
and official capacity; and JOHN DOE OFFICERS
#1-5 in their official and individual capacities          DEFENDANTS

## JOINDER OF CITY OF GULFPORT, MISSISSIPPI IN OFFICER JASON CUEVAS' "MOTION OF OFFICER CUEVAS FOR SUMMARY JUDGMENT " [DOC. 240] AND SUPPORTING MEMORANDA AND DOCUMENTS THEREOF

COMES NOW the City of Gulfport, Mississippi ("City"), identified as one of the Defendants in the above cause, by and through undersigned counsel, and submits this its "Joinder in Officer Jason Cuevas' 'Motion for Summary Judgment' [Doc. 240] and Supporting Memoranda and Documents Thereof" and in support thereof would submit unto this Honorable Court the following, to-wit:

I.

In the latest "Amended Complaint" [Doc. 141] that Plaintiff has filed in this proceeding (on March 15, 2022), Plaintiff identified, among others, Officer Jason Cuevas and his employer, the City, as Defendants. On February 28, 2025, Officer Cuevas, in his individual capacity, filed a Motion styled "Motion for Summary Judgment" [Doc. 240] in this matter. Officer Cuevas subsequently filed a "Memorandum Brief in Support of the Motion for Summary Judgment" [Doc. 241]   In his Motion [Doc. 241], Officer Cuevas demonstrates that there is no legal or factual basis for all claims asserted against him in this matter. For purposes of judicial economy and conservation of resources, the City herein joins in the Officer Cuevas' "Motion" [Doc. 240]

and in all memoranda, rebuttals, and filings/submissions in support thereof and herein fully adopts and incorporates this Motion [Doc. 240] and such submissions, arguments, grounds, authorities, memoranda, and exhibits submitted, adopted, or incorporated in support of same as these would apply to the City.

WHEREFORE, the City of Gulfport, Mississippi, one of the Defendants in this cause, submits this its "Joinder in Officer Jason Cuevas' Motion for Summary Judgment" [Doc. 240] and joins in such Motion as aforesaid and the City seeks all other relief, equitable or otherwise, to which this Honorable Court finds it may be entitled.

RESPECTFULLY SUBMITTED, this the 28th day of February, 2025.

        CITY OF GULFPORT, MISSISSIPPI,
        DEFENDANT


        By: s/ *Jeffrey S. Bruni, Esq.*                  .
            JEFFREY S. BRUNI, ESQ.
            Attorney for City of Gulfport, Mississippi
            MS Bar License No. 9573

## *CERTIFICATE OF SERVICE*

I, Jeffrey S. Bruni, Esq., Attorney for the City of Gulfport, Mississippi, do hereby certify that I have on this date had electronically filed the above and foregoing document with the Clerk of the Court using the ECF/MEC system, which should send notification of such filing to the following:

    Antonio M. Romanucci
    Bhavani K. Raveendran
    Samantha Harton
    ROMANUCCI & BLANDIN, LLC
    321 North Clark Street, Suite 900
    Chicago, Illinois 60654

    Courtney Sanders
    COXWELL & ASSOCIATES, PLLC
    Post Office box 1337
    Jackson, Mississippi 39215

    William E. Whitfield, III
    Kaara L. Lind
    COPELAND, COOK, TAYLOR & BUSH, P.A.
    Centennial Plaza
    200 East Beach Boulevard, Building #5
    Gulfport, Mississippi 39507

This the 28th day of February, 2025.

                                                      *s/ Jeffrey S. Bruni*
                                                      JEFFREY S. BRUNI

JEFFREY S. BRUNI, ESQ.
POST OFFICE BOX 1780
GULFPORT, MISSISSIPPI 39502
TELEPHONE: (228) 868-5811
FACSIMILE: (228) 868-5795