### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CATINA PARKER, as Personal Representative of the Estate of Leonard Parker, Jr., deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   No.   1:21-cv-217-HSO-BWR ) |
| The CITY OF GULFPORT et al, | ) ) ) |
| Defendants. | ) ) |

### UNOPPOSED MOTION FOR STAY

COMES NOW, the Plaintiff, Catina Parker ["Parker"], by and through her counsel, and would move this Court, *ore tenus*, for a stay of all deadlines in this matter and for cause, would show unto this Court, the following, to wit:

1. The parties have mediated this matter with the assistance of the Magistrate (Hon. Bradley Rath) and have reached a tentative settlement of the claims and causes of action to be tried before this Court.

2. To fully resolve this matter, an estate will need to be opened for the purpose of establishing the entitlement of certain heirs to participate in the settlement and to receive approval of the probate court to execute the Release and Confidentiality Agreement. It is anticipated that this process will take approximately 60 days to complete.

3. Given the constitutional and statutory obligations to establish heirs and secure authority to resolve this matter, it is unlikely that the Plaintiff will receive approval from the probate court prior to the time that all deadlines and expected appearances, filings and obligations of this Court will lapse or expire. Therefore, the Plaintiff is asking for the time necessary to fully and finally resolve this matter pursuant to Mississippi law and the expectations of this Court to

conclude this settlement. The Plaintiff anticipates that it will have all estate matters completed and this matter resolved within 90 days.

4. Therefore, the Plaintiff would request that all deadlines be abated and this matter removed from the August trial docket in order to finally conclude this matter. The Plaintiff would request that this matter be placed on the "inactive" docket of this Court pending submission of an agreed order of dismissal.

5. Your Plaintiff would show also that this motion is not opposed by the attorneys for the Defendants City of Gulfport and Jason Cuevas.

6. Given the perfunctory nature of this Motion, the parties would request that briefing of this matter be waived.

Respectfully submitted, this the 19th of May, 2025,

CATINA PARKER, PLAINTIFF

/s/ Sam Harton – PHV
ROMANUCCI & BLANDIN, LLC
Sam Harton *pro hac vice* (Il. No. 6342112)
Attorney for the Plaintiff
321 N. Clark St., Ste. 900
Chicago, IL 60654
Telephone: (312) 458-1000
sharton@rblaw.net

/s/ Merrida Coxwell
COXWELL & ASSOCIATES, PLLC
Merrida Coxwell
Courtney Sanders
Attorney for the Plaintiff
Post Office box 1337
Jackson, Mississippi 39215
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
merridac@coxwelllaw.com