IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CATINA PARKER,** *as Personal*                                       **PLAINTIFF**
*Representative of the Estate of*
*Leonard Parker, Jr., deceased*

**v.**                                                               **Civil No. 1:21-cv-217-HSO-BWR**

**CITY OF GULFPORT,** *as a municipal*
*corporation; and*
**JASON CUEVAS,** *in his individual*
*and official capacities*                                     **DEFENDANTS**

## ORDER GRANTING AS UNOPPOSED PLAINTIFF CATINA PARKER'S MOTION [280] TO STAY

       Plaintiff Catina Parker's unopposed Motion [280] to Stay seeks a ninety-day stay of this case for purposes of allowing her to open the estate of the decedent, Leonard Parker, Jr., establish his heirs, and receive final approval of the settlement agreement reached by the parties in this case. The Court finds that the Motion [280] should be granted, and this lawsuit should be administratively closed until the stay has been lifted or the matter otherwise resolved. Nothing contained in this Order shall be considered a final dismissal or disposition of the case. Any party may move to reopen this case and lift the stay within ninety days of the entry of this Order.

       The Clerk of Court is directed to terminate the pending Motions [232], [236], [238], [240], [247], [248]. If settlement is not finalized and this case is reopened, the parties will be limited to refiling the identical Motions [232], [236], [238], [240],

[247], [248], Responses [253], [258], [260], [262], [264], [266], Replies [256], [275], [276], [277], [278], and Briefs [233], [237], [239], [241], [249], [250], [259], [261], [263], [265], [267].  The *Daubert* hearing on the parties' Motions [232], [236], [248] to Exclude Experts set for June 10, 2025, is indefinitely postponed.  Should the parties fail to finalize the settlement, the Court will reschedule the *Daubert* hearing.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Catina Parker's unopposed Motion [280] to Stay is **GRANTED**, and this case is **ADMINISTRATIVELY CLOSED** for statistical purposes.  The Clerk of Court is directed to terminate the pending Motions [232], [236], [238], [240], [247], [248].

**SO ORDERED AND ADJUDGED**, this the 21st day of May, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE