## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

CATINA PARKER, as Personal Representative )
of the Estate of Leonard Parker, Jr., deceased, )
                                                      )
        Plaintiff, )
                                                      )
      v. )           No.     1:21-cv-217-HSO-BWR
                                                         )
The CITY OF GULFPORT et al, )
                                                      )
                                                      )
        Defendants. )

## <u>UNOPPOSED MOTION TO EXTEND STAY</u>

NOW COMES Plaintiff, by and through her attorneys, respectfully requesting this Honorable Court to enter an order extending the current stay of this matter. The parties have settled, but there are matters which need to be finalized before the case can be dismissed. The Court entered a 90-day stay on May 21, 2025, to allow the parties to resolve the outstanding matters. Since the stay was entered, the Chancery Court of Harrison County established the heirs-at-law and wrongful death beneficiaries. One of the established beneficiaries is a minor, and the parties now need to receive approval of the settlement from the Chancery Court.

The parties are working diligently to finalize this matter, and this stay will ensure the resources of this Court and the parties are not wasted on a case that has resolved. Plaintiff respectfully requests that the current stay be extended 90 days to November 17, 2025. Plaintiff circulated this motion to counsel for Defendants Cuevas and City of Gulfport, who indicated they did not oppose.

Respectfully submitted, this the 18th of August, 2025,

CATINA PARKER, PLAINTIFF

<u>/s/ Sam Harton – PHV</u>
ROMANUCCI & BLANDIN, LLC
Sam Harton *pro hac vice* (Il. No. 6342112)

Attorney for the Plaintiff
321 N. Clark St., Ste. 900
Chicago, IL 60654
Telephone: (312) 458-1000
sharton@rblaw.net

/s/ Merrida Coxwell
COXWELL & ASSOCIATES, PLLC
Merrida Coxwell
Courtney Sanders
Attorney for the Plaintiff
Post Office box 1337
Jackson, Mississippi 39215
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
merridac@coxwelllaw.com