IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CATINA PARKER, as Personal Representative of the Estate of Leonard Parker, Jr., deceased, <br><br> Plaintiff, <br><br> v. <br><br> The CITY OF GULFPORT et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No.   1:21-cv-217-HSO-BWR |

**UNOPPOSED MOTION TO EXTEND STAY**

NOW COMES Plaintiff, by and through her attorneys, respectfully requesting this Honorable Court to enter an order extending the current stay of this matter. The parties have settled, but the agreed upon consideration is being distributed by Defendant in two installments. Plaintiff still awaits the second installment. Defendant has advised that the second installment is en route. Plaintiff respectfully requests a 30-day extension to ensure that both installments are distributed prior to dismissing this case with prejudice. Defendants do not object to this motion.

Respectfully submitted, this the 17th of November 2025,

CATINA PARKER, PLAINTIFF

/s/ Sam Harton – PHV
ROMANUCCI & BLANDIN, LLC
Sam Harton *pro hac vice* (Il. No. 6342112)
Attorney for the Plaintiff
321 N. Clark St., Ste. 900
Chicago, IL 60654
Telephone: (312) 458-1000
sharton@rblaw.net

/s/ Merrida Coxwell
COXWELL & ASSOCIATES, PLLC
Merrida Coxwell

1

                                                                     Courtney Sanders
                                                                     Attorney for the Plaintiff
                                                                     Post Office box 1337
                                                                     Jackson, Mississippi 39215
                                                                     Telephone: (601) 948-1600
                                                                     Facsimile: (601) 948-7097

## Certificate of Service

I hereby certify that on November 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all Counsel of Record.

                                            /s/ Sam Harton – PHV
                                            ROMANUCCI & BLANDIN, LLC
                                            Sam Harton *pro hac vice* (Il. No. 6342112)
                                            Attorney for the Plaintiff
                                            321 N. Clark St., Ste. 900
                                            Chicago, IL 60654
                                            Telephone: (312) 458-1000
                                            sharton@rblaw.net

                                            /s/ Merrida Coxwell
                                            COXWELL & ASSOCIATES, PLLC
                                            Merrida Coxwell
                                            Courtney Sanders
                                            Attorney for the Plaintiff
                                            Post Office box 1337
                                            Jackson, Mississippi 39215
                                            Telephone: (601) 948-1600
                                            Facsimile: (601) 948-7097