UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CATINA PARKER**
*as Personal Representative of the Estate of Leonard Parker, Jr., deceased,*          **PLAINTIFF**

v.            **CIVIL ACTION**
           No.: 1:21-cv-00217-HSO-BWR

**CITY OF GULFPORT**, *et al.*,          **DEFENDANTS**

---

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND STAY

---

THIS CAUSE coming before the Court requesting this Honorable Court to enter an order extending the current stay of this matter. Having considered the motion, and for good cause shown, the Court is of the opinion that the motion should be **GRANTED**.

It is, therefore, **ORDERED** that the unopposed motion to extend stay is **GRANTED**, and that a 30-day extension of time to ensure that both installments are distributed prior to dismissing this case with prejudice is hereby entered.

Date: _____, 2025

                 _____
                 UNITED STATES DISTRICT JUDGE

*/s/ Merrida Coxwell*           /s/ *Sam Harton – PHV*
_____     _____
Local Counsel, Attorney for Plaintiff     One of Plaintiff's Attorneys
per Local Rule 83.1(d)(3)