IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **Catina Parker,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:21-cv-217-HSO-BWR |
| | ) | |
| **Jason Cuevas, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### Notice of Settlement and Stipulation of Dismissal

Plaintiff hereby notifies the Court that the parties have reached a settlement agreement. The parties, acting by and through their attorneys of record, hereby stipulate that the Court may dismiss all claims in Plaintiff's operative Complaint against Jason Cuevas and City of Gulfport with prejudice and without costs or fees to any party.

Respectfully Submitted,

/s/ Sam Harton
An Attorney for Plaintiff
Sam Harton
sharton@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St.,
Suite 900
Chicago, IL  60654

/s/ Merrida Coxwell
**COXWELL & ASSOCIATES, PLLC**
Merrida Coxwell
Courtney Sanders
Attorney for the Plaintiff
Post Office box 1337
Jackson, Mississippi 39215
Telephone: (601) 948-1600
Facsimile: (601) 948-7097

1