# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CATINA PARKER,** *as Personal Representative of the Estate of Leonard Parker, Jr., deceased* | § § § § § | **PLAINTIFF** |
| **v.** | § | Civil No. 1:21-cv-217-HSO-BWR |
| | § § § § | |
| **CITY OF GULFPORT,** *as a municipal corporation; and* **JASON CUEVAS,** *in his individual and official capacities* | § § § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE** as to all parties.

**SO ORDERED,** this the 22nd of December, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE